# EXHIBIT C

Case 6:26-cv-00353-ACC-LHP	Document 1-3	Filed 02/12/26	Page 1 of 3 PageID 23



# Orange County Clerk - Court Records Search

## 2026-CA-000402-O : QUINN, FALLON vs. DELTA AIRLINES INC

| | | | |
|---|---|---|---|
| Case Type: | CA - Negligence Other | Date Filed: | 1/15/2026 |
| Location: | Div 40 | UCN: | 482026CA000402A001OX |
| Judge: | John E Jordan | Status: | Pending |
| Citation Number: | CA - Negligence Other | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| FALLON QUINN | Plaintiff | ALEX SERRANO | 813-254-7116 |
| DELTA AIRLINES INC | Defendant | PATRICK DAHL | 754-255-3010 |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 2/11/2026 | Denial | 1 |
| | Comments: OF ALL AFFIRMATIVE DEFENSES | |
| 2/10/2026 | Answer & Affirmative Defenses | 9 |
| 2/10/2026 | Notice Appearance of Counsel | 2 |
| 1/22/2026 | Affidavit of Service | 1 |
| | Comments: DELTA AIR LINES, INC | |
| 1/16/2026 | Uniform Order Setting Case for Jury/Pretrial - General | 10 |
| 1/16/2026 | Summons Issued Electronically as to | 2 |
| 1/15/2026 | Complaint | 4 |
| 1/15/2026 | Civil Cover Sheet | 3 |
| 1/15/2026 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 1/15/2026 | Transaction Assessment | | 410.00 |
| 1/15/2026 | Payment | Ligori and Ligori | -410.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

| Warrants | | | | | | |
|---|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |