# EXHIBIT E

Division of Corporations



Department of State   /   Division of Corporations   /   Search Records   /   Search by Entity Name   /

# Detail by Entity Name

Foreign Profit Corporation
DELTA AIR LINES, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | 820446 |
| **FEI/EIN Number** | 58-0218548 |
| **Date Filed** | 05/12/1967 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 07/08/2015 |
| **Event Effective Date** | NONE |

**Principal Address**

1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Changed: 04/06/2012

**Mailing Address**

PO BOX 20574
ATLANTA, GA 30320

Changed: 04/22/2015

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Name Changed: 04/10/2002

Address Changed: 04/10/2002

**Officer/Director Detail**

**Name & Address**

Title Assistant Secretary

Rosselot, Alan T.
1030 DELTA BLVD, DEPT 982
ATLANTA, GA 30354

Title CEO, Director

BASTIAN, EDWARD H
1030 DELTA BLVD, DEPT 982
ATLANTA, GA 30354

Title Secretary, Executive Vice President - External Affairs

CARTER, PETER W.
1030 DELTA BLVD, DEPT 982
ATLANTA, GA 30354

Title Senior Vice President - Finance, Treasurer

MORGE, KENNETH W
1030 DELTA BLVD, DEPT 982
ATLANTA, GA 30354

Title Director

DEWALT, DAVID G
1030 DELTA BLVD, DEPT 982
ATLANTA, GA 30354

Title Director

Chiang, Willie CW
1030 DELTA BLVD, DEPT 982
ATLANTA, GA 30354

Title Director

RIAL, SERGIO
1030 DELTA BLVD, DEPT 982
ATLANTA, GA 30354

Title Vice President - Corporate Real Estate

Pearson, Mark
1030 DELTA BLVD., DEPT. 982
ATLANTA, GA 30354

Title Director

TAYLOR, DAVID S.
1030 DELTA BLVD., DEPT. 982
ATLANTA, GA 30354

Title Director

WALLER, KATHY
1030 DELTA BLVD., DEPT. 982
ATLANTA, GA 30354

Title President

HAUENSTEIN, GLEN W.
1030 DELTA BOULEVARD, DEPT. 982
ATLANTA, GA 30354

Title Executive Vice President, Chief People Officer

AUSBAND, ALLISON C.
1030 DELTA BOULEVARD, DEPT. 982
ATLANTA, GA 30354

Title Executive Vice President, Chief Information Officer

SAMANT, RAHUL D
1030 DELTA BOULEVARD, DEPT. 982
ATLANTA, GA 30354

Title Executive Vice President - Global Sales

SEAR, STEVEN M.
1030 DELTA BOULEVARD, DEPT. 982
ATLANTA, GA 30354

Title Senior Vice President - Finance and Controller

CARROLL, WILLIAM C.
1030 DELTA BOULEVARD, DEPT. 982
ATLANTA, GA 30354

Title Director

Hale, Leslie D
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Senior Vice President - Corporate Real Estate

SHANNON, HOLDEN
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Senior Vice President - Delta Connection & CEO of Endeavor

Graham, Jim
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Director

Huerta, Michael P.
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Senior Vice President - Alliances

Cantarutti, Perry
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Director

Hazleton, Christopher A.
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Executive Vice President

BELLEMARE, ALAIN
1030 DELTA BLVD., DEPT. 982
ATLANTA, GA 30354

Title Executive Vice President & Chief Financial Officer

Janki, Daniel C
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Director

Creed, Greg
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Managing Director, Real Estate Strategy

White, Melissa
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Director

Prabhu, Vasant M.
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Director

Black, Maria
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Director

BECK, CHRISTOPHE
1030 DELTA BLVD.
DEPT. 982
ATLANTA, GA 30354

Title Executive Vice President & Chief of Operations

LAUGHTER, JOHN E.
PO BOX 20574
ATLANTA, GA 30320

Title Executive Vice President & Chief People Officer

SNELL, ERIK
PO BOX 20574
ATLANTA, GA 30320

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2023 | 04/13/2023 |
| 2024 | 04/30/2024 |
| 2025 | 04/28/2025 |

### Document Images

| | |
| --- | --- |
| 04/28/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2024 -- ANNUAL REPORT | View image in PDF format |
| 07/26/2023 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/13/2023 -- ANNUAL REPORT | View image in PDF format |
| 05/12/2022 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/28/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2021 -- ANNUAL REPORT | View image in PDF format |
| 06/03/2020 -- ANNUAL REPORT | View image in PDF format |

| Filing | |
|---|---|
| 09/20/2019 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/23/2019 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/22/2019 -- ANNUAL REPORT | View image in PDF format |
| 09/24/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/01/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/31/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/05/2017 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/04/2017 -- ANNUAL REPORT | View image in PDF format |
| 11/10/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 11/08/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/29/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/28/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/01/2016 -- ANNUAL REPORT | View image in PDF format |
| 07/08/2015 -- Amendment | View image in PDF format |
| 04/22/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2014 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/26/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/09/2006 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/07/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2002 -- Reg. Agent Change | View image in PDF format |
| 04/18/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/04/2000 -- ANNUAL REPORT | View image in PDF format |
| 04/01/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/29/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/23/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 04/03/1995 -- ANNUAL REPORT | View image in PDF format |