# EXHIBIT F

Filing # 240055946 E-Filed 01/22/2026 12:42:33 PM

## VERIFIED RETURN OF SERVICE

| State of Florida | County of ORANGE | Circuit Court |
|---|---|---|

Case Number: 2026-CA-402

Plaintiff:
**FALLON QUINN**

vs.

Defendant:
**DELTA AIR LINES, INC.**

For:
ALEX SERRANO
LIGORI & LIGORI
1711 WEST KENNEDY BLVD
TAMPA, FL 33606

Received by Professional Investigative Group on the 19th day of January, 2026 at 8:00 am to be served on **DELTA AIR LINES, INC. C/O CORPORATION SERVICE COMPANY, AS REGISTERED AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301**

I, Michael C. Nolan, being duly sworn, depose and say that on the **21st day of January, 2026** at **10:35 am**, I:

Served the within named CORPORATION by delivering a true copy of the **SUMMONS, COMPLAINT and UNIFORM TRIAL AND CASE MANAGEMENT ORDER** with date and hour of service endorsed thereon by me to **ARI ALLEN** as employee authorized to accept service for **CORPORATION SERVICE COMPANY, AS REGISTERED AGENT**, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, PURSUANT TO F. S. 48.081(3)(a).

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
Michael C. Nolan
111

**Professional Investigative Group**
**6151 Lake Osprey Drive**
**3rd Floor**
**Sarasota, FL 34240**
**(877) 733-2296**

F.S. 92.525: Under penalties of perjury, I declare that I have read the foregoing and that facts stated in it are true, followed by the signature of the person making the declaration, except when a verification on information or belief is permitted by law, in which case the words: "to the best of my knowledge and belief" may be added.

Our Job Serial Number: PIC-2026000393

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a