# EXHIBIT H



**Main Office:**
1711 W. Kennedy Boulevard
Tampa, Florida 33606
(813) 254-7119
Toll Free: (888) 254-7119
Fax: (813) 254-7116

**Offices:**
**Lakeland**
(863) 297-5070
**Ocala**
(352) 437-6990
**Key West**
(305) 859-3586

www.CallMeOnMyCell.com

Keith P. Ligori*
Meaghann Ligori*
John Castro*
Alex Serrano*
Thomas McFadyen
Kevin Sparkman*
Torrey Taylor
Christopher Doty
of Counsel

*Admitted in
US Middle District
of Florida

RECEIVED
JAN 2 7 2025
AGRUS O'Fallon Mo

November 21st, 2024

CERTIFIED MAIL RETURN RECEIPT REQUESTED : 92148969009997901216260377
Marcia Holly
Allianz Insurance Company
P.O. Box 970
O'Fallon, MO 63366

|    | Re: | Our Client: | Fallon Quinn |
|----|-----|-------------|--------------|
|    |     | Date of Incident: | June 26, 2024 |
|    |     | Your Insured: | Delta Airlines |
|    |     | Claim No.: | Marcia Holly |
|    |     | Our File No.: | 8011-2024001 |

2nd Notice of Claim

Dear Sir or Madam:

I am writing to you at this time as I have received sufficient information to validate a demand for settlement.

## LIABILITY

I must first address the issue of liability, which is exceedingly clear. On June 26, 2024, Fallon Quinn was a passenger on flight DL718, departing from Los Angeles, California, at 4:11 PM, arriving in Orlando, Florida, at 12:05AM on Jun 27, 2024. While our client was a passenger on this 4-hour and 45-minute flight, she was forced to sit in a negligently maintained seat that caused her to suffer injuries by strongly forcing her forward the entire duration of the flight. The seat was broken in a forward position and Mrs. Quinn notified flight staff during the flight that she was struggling with her assigned seat, and it was causing her pain and discomfort. The flight was full, and Delta advised Mrs. Quinn that they could not help her, or move her to another seat. As a result, Mrs. Quinn suffered serious injuries that required surgical intervention. She did not cause or contribute to this incident in any way. **Liability is clear.**

## MEDICAL CARE AND TREATMENT

Becoming increasingly symptomatic from her injuries, on July 2nd, 2024, Fallon presented to AdventHealth Wesley Chapel where a team of physicians was involved in her care. Her initial complaints included neck pain, upper and mid back pain, as well as low back pain. She also reported having trouble walking, standing, and sitting. There was tenderness and her range of motion was restricted in the above-referenced areas. She was discharged with instructions to follow up with a doctor of her choice or return if symptoms worsen.

Due to continued pain, On July 11th, 2024, Mrs. Quinn presented to Florida Advanced Spine and Orthopedics, where she was evaluated by Theodore Fisher, M.D.. Her complaints included severe back pain accompanied by numbness and weakness in her lower body. After a thorough evaluation Dr. Fisher made the following assessments:

### Dr. Theodore Fisher's Assessments:

1. Extruded/sequestered L4-L5 disc herniation
2. Intractable back pain
3. Ambulation difficulties
4. Right lower extremity radiculapathy with profound weakness

Given the severity of Mrs. Quinn's injuries and symptoms, Dr. Fisher recommended she follow up immediately to the emergency room for an emergency L4-L5 posterior decompression and discectomy. Dr. Theodore made the following pre-operative diagnosis:

### Pre-op. Diagnosis:

1. Lumbar herniation
2. Lumbar Stenosis

Due to the above referenced diagnosis, Dr. Theodore Fisher recommended and performed the following procedures :

**July 12th, 2024**
**Medical Center of Trinity**
**Procedures:**
**Lumbar Hemi-Laminectomy, Medial Facetectomy - L4 right - with Discectomy**
**Laminectomy- hemilaminectomy - L5 right**
**Transpedicular approach with Decompression of Spinal Cord, Equina and/or Nerve Root(s)**
**Lumbar (e.g., Herniated Intervertebral Disc), Single Segment; with Discectomy L4-L5 right**

Becoming increasingly symptomatic, on August 20th, 2024, Mrs. Quinn presented to Elite Spine and Orthopaedic Specialists for further evaluation and treatment. She reported shoulder pain,

back pain, right side buttock pain, and leg pain. Additionally, she reported trouble walking due to numbness in her right leg. After a thorough physical evaluation, Victor Hayes MD made the following assessments:

**Victor Hayes MD's Assessments**

1. Muscle spasm
2. Displacement of lumbar intervertebral disc without myelopathy
3. Radiculitis
4. Lumbago

Mrs. Quinn continues to receive treatment for her injuries as a result of this incident and, therefore, her medical expenses continue to increase.

FUTURE TREATMENT: Based on the nature and permanency of Fallon's injuries, future medical costs are conservatively estimated to be at least $1,000.00 per year. With her life expectancy of 40.15 years, the total future medical costs would be a minimum of $40,150.00 Further, pain, suffering, mental anguish and loss of capacity for the enjoyment of life are very real damages although it is very difficult to place a value on them. Just $100.00 per month for said damages based on her life expectancy would total approximately $48,180.00.

## MEDICAL BILLS

| PROVIDER | TOTAL CHARGES | PAID | BALANCE |
|---|---|---|---|
| Advent Health Care Pavilion | PENDING | PENDING | PENDING |
| Er | PENDING | PENDING | PENDING |
| Phys | PENDING | PENDING | PENDING |
| Advent Health Wesley Chapel | PENDING | PENDING | PENDING |
| Tampa Bay ER Physicians | PENDING | PENDING | PENDING |
| Sheridan Radiology Services of West Florida | PENDING | PENDING | PENDING |
| HCA FL Trinity Hospital | $158,211.00 | $22,936.00 HI | $134,985.40 |
| Envision Physician Services | PENDING | PENDING | PENDING |
| Tampa Bay Radiology Associates | PENDING | PENDING | PENDING |
| Sunshine State Anesthesia Partners | PENDING | PENDING | PENDING |
| Florida Advanced Spine and Orthopedics | $51,373.00 | $3,241.99 HI | $48,131.01 |
| Elite Spine & orthopedics | $1,573.00 | $0.00 | $1,573.00 |

| | | | |
|---|---|---|---|
| TOTAL | 211,157.00 | $26,177.99 HI | $184,689.41 + PENDING BALANCES and Health Lien |

Mrs. Quinn has Health Insurance coverage through Florida Blue Insurance. Florida Blue Insurance is asserting a health insurance lien on this claim through Carelon.

Based upon the information I have available, demand is hereby made to bring this claim to its conclusion for all available policy limits including but not limited to bodily injury limits. I am requesting all statements, insurance documentation and all of the information required to be disclosed pursuant to Section 627.4137, Florida Statutes, in the manner and form as required by the statute.

Should you have any questions or wish to discuss this matter in any way, please do not hesitate to contact me. I expect tender of your policy limits within thirty (30) days of your receipt of this letter. Be advised that on the thirty-first day my offer to settle will be withdrawn and I will file a lawsuit against your insured and pursue all remedies available to collect applicable damages. Please make check payable to Ligori & Ligori, P.A. f/b/o Fallon Quinn, single. Our tax identification number is 32-0076191.

Awaiting your timely response, I remain,

Sincerely,

Alex A. Serrano, Esquire

AAS/jdh
Enclosures:



Ligori & Ligori
ATTORNEYS AT LAW
1711 W. Kennedy Blvd. • Tampa, FL 33606

Allianz Insurance Company
P.O. Box 970
O'Fallon, MO 63366

12/03/2024
034B 0081821267

FP US POSTAGE
$009.24
First-Class - mm
ZIP 33606

9214 8969 0099 9790 1216 2603 77