**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

QUINN FALLON,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No: 6:26-cv-353-ACC-LHP

DELTA AIR LINES INC.,

        Defendant

---

### ORDER TO SHOW CAUSE

    This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order (Doc. No. 6, filed on February 13, 2026), directing Plaintiff to file a Notice of Pendency of Other Actions, pursuant to Local Rule 1.07(c), and Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03. Accordingly, it is

    Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions. **Effective November 1, 2025, there is an updated form for the Corporate Disclosure Statement attached to the Initial Case Order (Doc. No. 6). The parties shall use the updated form.**

    **DONE AND ORDERED** in Orlando, Florida on February 26, 2026.

                                                     /s/ Anne C. Conway_____
                                                     Anne C. Conway
                                                     United States District Judge

Copies furnished to:
Counsel of Record